UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY BROWN,

        Petitioner,        Case No. 1:17-cv-571

v.        Honorable Paul L. Maloney

SHANE JACKSON,

        Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  July 25, 2017        /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge