UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY BROWN,

        Petitioner,               Case No. 1:17-cv-571

v.                                    Honorable Paul L. Maloney

SHANE JACKSON,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.

Dated:  July 25, 2017                /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge